**E-FILED**
Tuesday, 27 October, 2009  04:36:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LATRICIA GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.: 09-2188 |
| | ) | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER
## OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF EMPLOYMENT

SECURITY, by and through its attorney, Lisa Madigan, Attorney General for the State

of Illinois, and pursuant to Fed. R. Civ. P. 6(b), hereby requests this Honorable Court for

an enlargement of time of seven (7) days, up to and including November 3, 2009, to

answer or otherwise respond to Plaintiff's Complaint.  In support thereof, Defendant

states as follows:

1.      A response is due in this case on or about October 27, 2009.

2.      The undersigned needs additional time to confer with the Defendant in

this cause before filing a response to the Complaint.

3.      The undersigned has been preparing a final pre-trial order and trial brief in

*Pamela Altman v. Department of Children and Family Services, et al.*, United States

Southern District Court No. 06-771, among other duties.

4.      For such reasons, there has been insufficient time to confer with the

Defendant and additional time is needed in order to obtain the information necessary to

prepare a responsive pleading.

5.      This motion is not made for purposes of undue delay, but is made in good

faith for the purpose of preparing an adequate defense.

6.      The *pro se* Plaintiff has been contacted and is not certain if she objects to

the instant motion or not.

WHEREFORE, for the above and foregoing reasons, the Defendant prays this

Honorable Court grant it an enlargement of time of seven (7) days, up to and including

November 3, 2009, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

ILLINOIS DEPARTMENT
OF EMPLOYMENT
SECURITY,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Amy D. Gerloff,#6283925
Assistant Attorney General
500 South Second Street                     Attorney for Defendant.
Springfield, IL 62706
Telephone: (217) 785-4555
Facsimile:   (217) 524-5091          By:__s/ Amy D. Gerloff_____
agerloff@atg.state.il.us                  Amy D. Gerloff
                                          Assistant Attorney General

2

### Greene v.IL Department of Employment Security
### USDC-CD Ill. No. 09-2188

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I electronically filed a **Motion for Enlargement of Time to Answer or Otherwise Plead Responsively** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on October 27, 2009, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Latricia Greene
233 St.Joseph
Kankakee, IL 60901

Respectfully Submitted,
 s/ Amy D. Gerloff
Amy D. Gerloff, # 6283925
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 785-4555
Facsimile:   (217) 524-5091
E-Mail:  agerloff@atg.state.il.us