UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LATRICIA GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.: 09-2188 |
| ) | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT ) | |
| SECURITY, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), hereby requests this Honorable Court for an enlargement of time of two (2) days, up to and including November 5, 2009, to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1.  The reply in this matter is due November 3, 2009.

2.  Undersigned counsel has been unexpectedly tied up with a guardianship matter that is set for trial on November 4, 2009.

3.  In addition to the guardianship trial, the undersigned was recently assigned a number of cases from an Assistant Attorney General who recently left the office. A number of cases required immediate work.

4.  For these reasons, including the remainder of the undersigned's case load, the Defendant's answer or responsive pleading requires additional work.

3.  This motion is not made for purposes of undue delay, but is made in good

faith for the purpose of preparing an adequate defense.

4. Allowing Respondent an additional two days, up to and including November 5, 2009, in which to file an answer or responsive pleading will not prejudice the Plaintiff.

WHEREFORE, for the above and foregoing reasons, Respondent respectfully requests an additional two days, up to and including November 5, 2009, in which to file an answer or responsive pleading.

Respectfully submitted,

ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant.

Amy D. Gerloff,#6283925
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 785-4555
Facsimile:  (217) 524-5091
agerloff@atg.state.il.us

By:  s/ Amy D. Gerloff
    Amy D. Gerloff
    Assistant Attorney General

**Greene v.IL Department of Employment Security**
**USDC-CD Ill. No. 09-2188**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2009, I electronically filed a **Motion for Enlargement of Time to Answer or Otherwise Plead Responsively** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on November 3, 2009, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Latricia Greene
233 St.Joseph
Kankakee, IL 60901

        Respectfully Submitted,
        s/ Amy D. Gerloff
        Amy D. Gerloff, # 6283925
        Assistant Attorney General
        Attorney for Defendant
        500 South Second Street
        Springfield, Illinois  62706
        Telephone:  (217) 785-4555
        Facsimile:   (217) 524-5091
        E-Mail:  agerloff@atg.state.il.us